UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
: 
UNITED STATES OF AMERICA :
:
        - v. -         :   **SEALED INDICTMENT**
:
FABIAN RUFFAT,          :   20 Cr.
:
        Defendant.      :
- - - - - - - - - - - - - - - - x

20 CRIM. 438

COUNT ONE

The Grand Jury charges:

1. On or about August 15, 2020, in the Southern District of New York, FABIAN RUFFAT, the defendant, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess ammunition, to wit, two rounds of PMC .380 caliber ammunition, which had previously been shipped and transported in interstate and foreign commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
AUDREY STRAUSS
Acting United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

FABIAN RUFFAT,

Defendant.

SEALED INDICTMENT

20 Cr.

(18 U.S.C. § 922(g)(1).)

AUDREY STRAUSS
Acting United States Attorney.

A TRUE BILL

_____
Foreperson