UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                -against-

Fabian Ruffat

                               Defendant(s).

-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 Cr. 438 (  )

Defendant ____Fabian Ruffat_____ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or __x_ teleconferencing:

__x_    Initial Appearance Before a Judicial Officer

__x_    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

__x_    Bail/Detention Hearing

__x_    Conference Before a Judicial Officer

s/Fabian Ruffat, by the Court, with permission
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Defendant's Counsel's Signature

____Fabian Ruffat_____
Print Defendant's Name

____Grainne O'Neill_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_08/28/2020_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge