**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------

**UNITED STATES OF AMERICA**

       - against -                        20 Cr. 438 (JGK)

**FABIAN RUFFAT**                               <u>ORDER</u>

            **Defendant.**
------------------------------------------------

**JOHN G. KOELTL, District Judge:**

   The parties are directed to appear for another conference on **September 18, 2020** at **10:30 a.m.**

   Because a continuance is needed due to unavailability of defendant's counsel, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 11, 2020,** until **September 18, 2020,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **September 11, 2020**                          /s/ John G. Koeltl
                                                    **John G. Koeltl**
                                             **United States District Judge**