**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------

**UNITED STATES OF AMERICA**

      - against -                     20 Cr. 438 (JGK)

**FABIAN RUFFAT**                             <u>**ORDER**</u>

              **Defendant.**
------------------------------------

**JOHN G. KOELTL, District Judge:**

    The parties are directed to appear for another conference on **January 7, 2021,** at **10:00 a.m.**

    Because a continuance is needed to allow the government to complete discovery and for the defendant to review discovery and determine what motions, if any, to make, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 18, 2020,** until **January 7, 2021,** from Speedy Trial Act calculations.  The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial.  This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **September 18, 2020**          _____/s/ John G. Koeltl_____
                                                              **John G. Koeltl**
                                                 **United States District Judge**