**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

      - against -                              20 Cr. 438 (JGK)

**FABIAN RUFFAT**                                              <u>ORDER</u>

                   Defendant.
―――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

    The Court requests that the Bureau of Prisons move the defendant to either to the Metropolitan Correctional Center (MCC) or Metropolitan Detention Center (MDC). The defendant needs in-person access to counsel and access to a computer to review discovery and is unable to do so at his current detention site in Essex County Correctional Facility.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **September 18, 2020**              _____/s/ John G. Koeltl_____
                                                         **John G. Koeltl**
                                           **United States District Judge**