**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
―――――――――――――――――――――――――――――――

**UNITED STATES OF AMERICA**

       - against -                             **20 Cr. 438 (JGK)**

**FABIAN RUFFAT,**                                     **ORDER**

              **Defendant.**
―――――――――――――――――――――――――――――――

**JOHN G. KOELTL, District Judge:**

The conference is adjourned to **February 5, 2021,** at **11:00 a.m.**

Because a continuance is needed to allow the parties to discuss disposition short of trial, and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **January 18, 2021,** until **February 5, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:    New York, New York**
            **January 18, 2021**            _____/s/ John G. Koeltl_____
                                                      **John G. Koeltl**
                                          **United States District Judge**