**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
────────────────────────────────

**UNITED STATES OF AMERICA**

       - against -                              20 Cr. 438 (JGK)

**FABIAN RUFFAT,**                                        ORDER

                Defendant.
────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    Defense counsel submitted an ex parte letter under seal dated February 5, 2021, asking for medical treatment for the defendant. The Court appreciates the desire for the letter to be under seal because it refers to medical conditions of the defendant. However, the Court does not see a reason why the letter should not be disclosed to the government in part because the government is the necessary interface with the Essex County facility. Defense counsel should advise the Court by February 9, 2021 why the letter should not be disclosed to the government.

    In any event, the government should arrange promptly for an additional psychiatric evaluation of the defendant, the defendant should be provided with any necessary medications, and the facility should provide a report on the defendant's medical condition promptly to the Court and to the parties.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **February 6, 2021**           /s/ John G. Koeltl
                                                            **John G. Koeltl**
                                             **United States District Judge**