# O'NEILL / HASSEN

Attorneys at Law

May 28, 2021

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Fabian Ruffat*, 20 Cr 438 (JGK)

Dear Judge Koeltl:

I represent Fabian Ruffat in the above-captioned matter. I write to request that the court adjourn the sentencing hearing, currently scheduled for June 11, 2021, for six weeks. I have communicated with the government, and it consents to this request for an adjournment.

I make this request because I am still awaiting records, reports and materials that I intend to include in my sentencing memorandum. The pandemic has made it difficult for service providers to conduct necessary interviews of Mr. Ruffat and his family and it has been difficult to acquire records during this time. A six-week adjournment will provide sufficient time to acquire additional records and letters of support, and for service providers to complete their evaluations. The government consents to this request for a n adjournment.

I thank the Court for its attention to this matter and apologize for this delay.

Respectfully submitted,

/s/

Grainne E. O'Neill

*[Handwritten note from judge:]* ADJOURNED TO THURSDAY, JULY 22, 2021, AT 4:30PM. DEFENSE SUBMISSIONS DUE 14 DAYS BEFORE SENTENCE. GOV'T SUBMISSIONS DUE 8 DAYS BEFORE SENTENCE. SO ORDERED. 5/28/21 [signed] J. Koeltl USDJ

1 / P (646) 808-0997
2 / F (212) 203-1858
3 / grainne@oandh.net
4 / www.oandh.net
5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA