# O'NEILL / HASSEN

Attorneys at Law

July 9, 2021

VIA ECF and Email
Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: *United States v. Fabian Ruffat*, 20 Cr. 438 (JGK)

Dear Judge Koeltl:

I represent Fabian Ruffat in the above-captioned matter. I write to request that Mr. Ruffat's sentencing be adjourned for approximately eight weeks. The government consents to this request for an adjournment.

This adjournment is necessary because I am still gathering reports and letters of support for Mr. Ruffat. These processes have been significantly delayed by the pandemic and the conditions in the Essex County Facility in which Mr. Ruffat is held. It has been difficult to get records from service providers for the past year. These materials are all necessary in order to aid the Court in fashioning an appropriate sentence. Mr. Ruffat was arrested at 19 years old and is charged with a serious federal offense. There are significant mitigating circumstances in his life, but I am still gathering the support materials I need for the sentencing memorandum.

I thank the Court for its attention to this matter and consideration of this request.

*[handwritten: Adjourned to Friday, October 29, 2021, at 10:00AM. SO ORDERED. 7/9/21 /s/ John G. Koeltl USDJ]*

Respectfully submitted,

/s/

Grainne E. O'Neill
*Attorney for Fabian Ruffat*

1 / P (646) 808-0997    4 / www.oandh.net
2 / F (212) 203-1858    5 / 25 Eighth Ave, Suite C, Brooklyn, NY 11217
3 / grainne@oandh.net   6 / 9213 2C82 E6F0 93EA D673 EA30 C7EB 7E03 1B1B 82FA